| Fill in this information to identify the case: |
|---|
| Debtor 1  SAMANTHA S SILVAS |
| Debtor 2 |
| |
| United States Bankruptcy Court for the:  WESTERN District of Texas |
| Case number  19-60534 |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:**
FLAGSTAR BANK, FSB AS ATTORNEY IN FACT AND
SERVICER IN FACT FOR Pingora Loan Servicing, LLC
Last four digits of any number you use to identify the
debtor's account: XXXX2715

**Court Claim no. (if known):**
14

Does this notice supplement a prior notice of post-petition fees, expenses and charges

■ No

☐ Yes. Date of the last notice: _____

### Part 1:  Itemize Post-petition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred

| Description | Dates occurred | | Amounts |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $_____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $_____ |
| 3. Attorney's fees | 10/4/2019 | (3) | $  250.00 |
| 4. Filing fees and court costs | _____ | (4) | $_____ |
| 5. Bankruptcy/Proof of Claim fees | 10/4/2019 | (5) | $  300.00 |
| 6. Appraisal/broker's price opinion fees | _____ | (6) | $_____ |
| 7. Property inspection fees | _____ | (7) | $_____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $_____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $_____ |
| 10. Property preservation expenses. Specify | _____ | (10) | $_____ |
| 11. Other. Specify | _____ | (11) | $_____ |
| 12. Other. Specify | _____ | (12) | $_____ |

| Debtor 1: SAMANTHA S SILVAS | Case number  19-60534 |
|---|---|

13. Other. Specify      _____      (13) $ _____

14. Other. Specify      _____      (14) $ _____

The Debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

## Part 2: Mortgage Payment Adjustment

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

Signature: _____      Date: 10-18-19

Dominique Varner TBA #00791182/FIN 18805
Direct: 713-328-2818, dvarner@hwa.com;
Michael Weems TBA #24066273
Direct: 713-328-2822, mweems@hwa.com
Kim Ellen Lewinski  TBA #24097994
Direct: 713-328-1926, klewinski@hwallp.com

Company: Hughes Watters & Askanase, LLP
Address: 1201 Louisiana, Suite 2800
Houston, Texas 77092
Contact Phone: 713-759-0818

Title: Attorney for FLAGSTAR BANK, FSB AS ATTORNEY IN FACT AND SERVICER IN FACT FOR Pingora Loan Servicing, LLC

Email: dvarner@hwa.com
mweems@hwa.com
klewinski@hwa.com

PPFN 2019-005759 iog

Debtor 1: SAMANTHA S SILVAS                                              Case number  19-60534

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by electronic mail or by First Class U. S. Mail, postage prepaid on the __21__ day of October, 2019, to:

DEBTOR
SAMANTHA S SILVAS
6226 AMBROSE CIRCLE
TEMPLE, TX  76502

TRUSTEE
G. RAY HENDREN
4505 SPICEWOOD SPRINGS RD
STE. 205
AUSTIN, TX 78759

DEBTORS' ATTORNEY
EVAN M. SIMPSON
LAW OFFICE OF EVAN SIMPSON PLLC
3925-A SOUTH JACK KULTGEN FREEWAY
WACO, TX 76706

Dominique Varner      TBA #00791182/FIN 18805
Michael Weems          TBA #24066273
Kim Ellen Lewinski    TBA #24097994

PPFN 2019-005759 iog



**HughesWattersAskanase**
Attorneys at Law
Total Plaza
1201 Louisiana, 28th Floor
Houston, TX 77002
Telephone 713-759-0818
Facsimile 713-759-6834
TAX I.D. NO. 76-0249314

October 07, 2019

FLAGSTAR BANK, FSB
null
null, null null

# INVOICE

Matter ID: 2019-005759
  SILVAS, SAMANTHA
Client ID: FLAGSTAR

Invoice #: 107995

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 10/04/2019 | Draft Loan History for Proof of Claim _recoverable | $250.00 |
| 10/04/2019 | Prepare and File Proof of Claim _recoverable | 300.00 |
| | Total Professional Services: | $550.00 |

### INVOICE SUMMARY

| | |
|---|---:|
| For Professional Services: | $550.00 |
| | $550.00 |
| Total Due: | $550.00 |

*These expenditures are required by the Texas Property Code Art. 51.002 and/or statutory or regulatory prescription

Page 1